07-21383.ob

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21383-CIV-COOKE/BROWN

PSC, S.A., et al.,

    Plaintiffs,

vs.

PRICESMART, INC.,

    Defendant.

_____/

## ORDER DENYING MOTION TO STRIKE PLAINTIFF'S MEMORANDUM OF LAW OR IN THE ALTERNATIVE FOR LEAVE TO FILE POST-CLOSING MEMORANDUM

**This matter** is before this Court on PriceSmart's Motion to Strike Plaintiff's Memorandum of Law or in the Alternative for Leave to File Post-Closing Memorandum (DE 55). The Court has reviewed the Motion and the Response. The Court being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **DENIED**. Due to the time limit imposed by the Court for closing argument, the written materials presented by the Defendant to the Court also covered matters that were not reached by defense counsel during his oral presentation. No additional briefing will be allowed.

**DONE AND ORDERED** this 6th day of August, 2007 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE