07-21383.oc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-21383-CIV-COOKE/BROWN

PSC, S.A., et al.,

    Plaintiffs,

vs.

PRICESMART, INC.,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STRIKE

**This matter** is before this Court on PriceSmart's Motion to Strike Supplemental Submission of Legal Authorities on "Court of Performance" Issue (DE 60). There was no response filed to the motion, and it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED** by default pursuant to Local Rule 7.1C. Plaintiffs' Supplemental Submission of Legal Authorities on "Course of Performance" Issue (DE 58) is hereby **STRICKEN**.

    **DONE AND ORDERED** this 17th day of September, 2007 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE